UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

PRINCETON LAUNDRY, INC.,
Respondent.

NOTICE OF PETITION
07 CIV. 11378 (NRB)

Sir(s):

**PLEASE TAKE NOTICE**, that upon the annexed Petition of Mark Schwartz, Esq. duly verified the 11th day of December 2007, and the accompanying Memorandum of Law, the undersigned will Petition this Court, before the Honorable Naomi Reice Buchwald, on the ___ day of _____ 2008, at ____ A.M./P.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the arbitration award of Philip Ross, dated September 28, 2007, and granting the Petitioners judgment in the amount of $38,651.23 together with the interest on the principal amount from the date of the Arbitration Award to the date of the judgment, plus costs and such other and further relief as in the premises may be just.

Dated: February 4, 2008
       New York, New York

Yours, etc.

*[signature]*
Mark Schwartz, Esq. MS-0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003
(212) 539-5275

To:   Princeton Laundry, Inc.
      2 Wood Street
      Paterson, New Jersey 07501