UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN THE MATTER OF
ARBITRATION OF DISPUTES
       Between
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE
HERE! and LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES
RETIREMENT FUND, UNITE HERE!
       Petitioners,
    -and-
PRINCETON LAUNDRY, INC.,
       Respondent.
--------------------------------------------------------X

Index No. 07 CIV. 11378(NRB)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                    S.S.:
COUNTY OF NEW YORK)

       TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 7th day of February 2008, at approximately 3:10 p.m., deponent served a true copy of the **NOTICE OF PETITION, PETITION TO CONFIRM ARBITRATION AWARD, MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD, FINDINGS AND AWARD 07-49-R, EXHIBIT A AND B** upon Princeton Laundry, Inc. at 2 Wood Street, Paterson, NJ 07501, by personally delivering and leaving the same with Thomas Burke, C. P. A., who informed deponent that he is an agent authorized by appointment to receive service at that address.

       Thomas Burke is a white male, approximately 54 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 175 pounds with gray hair and blue eyes.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
11th day of February, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08