

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.489.3000   201.489.1536 FAX

900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022-4728
212.752.8000   212.752.8393 FAX

**Warren A. Usatine**
MEMBER

**Reply to New Jersey Office**
WRITER'S DIRECT LINE:  (201) 525-6233
WRITER'S DIRECT FAX:  (201) 678-6233
WRITER'S E-MAIL:  wusatine@coleschotz.com

February 20, 2008

**VIA ECF**

Chambers of the Honorable Naomi Reice Buchwald
United States Courthouse
500 Pearl Street
Room 640
New York, New York 10007

    Re:    Laundry, Dry Cleaning Workers & Allied Industrial Health Fund, Unite Here! et al. v. Princeton Laundry Inc.
           Case No. 1:07-cv-11378-NRB

Dear Judge Buchwald:

    This firm represents Princeton Laundry, Inc. (the "Debtor") in a Chapter 11 bankruptcy proceeding pending in the United States Bankruptcy Court for the District of New Jersey before the Honorable Donald H. Steckroth.

    The Debtor respectfully submits that the Chapter 11 filing imposed an automatic stay that prohibits any attempts to collect a pre-petition debt from the Debtor including, among other things, the commencement or continuation of civil litigation against it.  11 U.S.C. § 362(a).

    In view of the foregoing, kindly mark the above-referenced action "stayed" as against the Debtor on the Court's calendar.

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTORNEYS AT LAW

Chambers of the Honorable Naomi Reice Buchwald
February 20, 2008
Page 2


      Thank you for your consideration of this matter.  If you have any questions or concerns regarding this matter, please do not hesitate to contact the undersigned.

      Respectfully submitted,

      */s/ Warren A. Usatine*
      Warren A. Usatine

cc:    Mark Schwartz, Esq. (Via Regular Mail)
       Peter Dugan, Esq. (Via Regular Mail)
       Mr. Kevin Garlasco (Via Regular Mail)