UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

PRINCETON LAUNDRY, INC.,
Respondent.

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)
07 Civ. 11378 (NRB)



SIRS:

**PLEASE TAKE NOTICE** that the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! (hereinafter, the "Petitioners"), having commenced the within proceeding by filing the Notice of Petition to Confirm Arbitration Award on December 19, 2007, and a copy of the Petition having been served on Princeton Laundry, Inc. (hereinafter, the "Respondent"), and no Answer, Counterclaim or Motion for Summary Judgment having been served by the Respondent, and it being the Petitioners' intention to voluntarily dismiss this proceeding without prejudice;

**THEREFORE**, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, the within proceeding is hereby voluntarily dismissed without prejudice.

Dated: February 29, 2008
New York, New York

Mark Schwartz, Esq. - MS 0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003
(212) 539-5275

SO ORDERED:

Naomi Reice Buchwald
United States District Court Judge